AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alphonso Williams

**SUMMONS IN A CIVIL CASE**

V.

The Government of the District of Columbia,
Officer Timothy O. Steffes, and
John Does 1-25

CASE NUMBER  1:06CV00432

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 03/09/2006

TO: (Name and address of Defendant)

*Government of the District of Columbia,*

c/o Mayor Anthony Williams
District of Columbia
Executive Office of the Mayor
1350 Pennsylvania Ave, N.W., 6th Floor
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason H. Ehrenberg, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAR - 9 2006

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 03-10-06 at 11:05 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel F. Portnoy | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Tabitha Braxton, Administrative Assistant, authorized to accept. Service was completed at 1350 Pennsylvania Avenue, NW, 6th Floor, Washington, DC 20004.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-14-06
           Date

Signature of Server

**Capitol Process Services, Inc.**
1827 16th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge for All Purposes

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.