UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALPHONSO WILLIAMS,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : **Civil Action No.: 06-432 (RBW)** <br> **DISTRICT OF COLUMBIA, ET., AL.,** : <br> : <br> **Defendants.** : <br> _____: | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO
EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**[1]

Defendant, the District of Columbia by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with consent of plaintiff, hereby moves this Court to grant an extension of time to answer or file responsive pleading to the Complaint. As reasons therefore, the Defendants represent as follows:

1. Plaintiff filed suit on or about March 9, 2006. The Summons was then served on the Mayor of the District of Columbia on or about March 15, 2006. The Office of Attorney General was served on or about March 17, 2004.

2. An answer or responsive pleading to the Complaint is due on April 4, 2006.

3. Undersigned counsel was assigned this matter on March 29, 2006.

4. To respond to this complaint Defendant requires additional time to investigate Plaintiff's claims, prepare an appropriate answer or other responsive pleading to Plaintiff's Complaint, and obtain and review records kept at the District of Columbia Metropolitan Police Department ("MPD").

---

[1] The Plaintiff has also named as defendants in this action Officer Timothy O. Steffes and John Does 1-25. Upon information and believe, these individuals have not been served and have not requested representation.

5. Due to the aforementioned, undersigned counsel will not have an opportunity to prepare a response to the Complaint consistent with F.R.C.P. Rule 11, prior to April 4, 2006.

6. Counsel is requesting additional time to answer or file responsive pleading up to and including May 9, 2006.

7. The Plaintiff is not prejudiced by the granting of this Motion.

8. Undersigned counsel has contacted James C. Bailey, attorney for Plaintiff, and he has consented to the filing this motion.

WHEREFORE, for the reasons stated herein, Defendant requests additional time to answer or file responsive pleading.

Dated: April 3, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY JOHNSON
Chief, General Litigation Section III

/s/
NICOLA N. GREY
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
(202) 724-6626
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALPHONSO WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **Civil Action No.: 06-432N (RBW)** |
| **DISTRICT OF COLUMBIA, ET., AL.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION**
**TO EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**[2]

1.  Fed. R. Civ. P. 6(b)(1).

2.  The inherent powers of this Court.

3.  The reasons stated in the Defendant District of Columbia's Consent Motion for an

Extension of Time to answer or file responses pleading to the Complaint.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General, Civil Litigation Division

                                          _____/s/_____
                                          HOLLY JOHNSON
                                          Section Chief, General Litigation Section III

---

[2] The Plaintiff has also named as defendants in this action Officer Timothy O. Steffes and John Does 1-25. Upon information and believe, these individuals have not been served and have not requested representation.

                                        /s/
                              _____
NICOLA N. GREY
Assistant Attorney General
Sixth Floor
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALPHONSO WILLIAMS,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, ET., AL.,** : <br> : <br> **Defendants.** : <br> _____: | Civil Action No.: 06-432N (RBW) |

## **ORDER**

Upon consideration of the Defendant's Motion to Extend the Time to File Answer or Responsive Pleading, the Memorandum in Support thereof, and the facts and law considered, it is hereby;

**ORDERED** that the Defendant's Motion to Extend the Time to File Answer or Responsive Pleading, is hereby **GRANTED**; and it is

**FURTHER ORDERED** that an answer or responsive pleading shall be completed on or before May 9, 2006.

_____
The Honorable Reggie B. Walton
Superior Court for the District of Columbia

copies to:

Nicola N. Grey
Assistant Attorney General
441 4th Street, NW  Rm. 6S074
Washington, D.C. 20001

Jason H. Ehrenberg, Esq.
James C. Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036

5