**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALPHONSO WILLIAMS )<br>)<br>  Plaintiff, )<br>) Case No.: 06-CV-432 (RBW)<br>)<br>  v. )<br>) JURY TRIAL DEMANDED<br>THE GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>  and )<br>)<br>OFFICER TIMOTHY O. STEFFES )<br>)<br>  and )<br>)<br>JOHN DOES 1 – 25 )<br>)<br>  Defendants. )<br>) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance for plaintiff in the captioned matter.

//s//

May 9, 2006

James C. Bailey
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
t: (202) 787-3869
f: (202) 318-7071
e: jcb@becounsel.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of May 2006, I caused the foregoing to be filed via the Electronic Case Filing ("ECF") System and the document is available for viewing and downloading from the ECF System to all counsel of record who have consented to electronic service.

                              //s// James C. Bailey
                              _____
                              James C. Bailey