IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>OFFICER TIMOTHY O. STEFFES )<br>)<br>and )<br>)<br>JOHN DOES 1 – 25 )<br>)<br>Defendants. )<br>) | Case No.: 06-CV-432 (RBW)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance for plaintiff in the captioned matter.

//s//

May 9, 2006                     James C. Bailey
                                BAILEY & EHRENBERG PLLC
                                1155 Connecticut Avenue NW
                                Suite 1100
                                Washington, D.C. 20036
                                t: (202) 787-3869
                                f: (202) 318-7071
                                e: jcb@becounsel.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of May 2006, I caused the foregoing to be filed via the Electronic Case Filing ("ECF") System and the document is available for viewing and downloading from the ECF System to all counsel of record who have consented to electronic service.

                                //s// James C. Bailey
                                _____
                                James C. Bailey