UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALPHONSO WILLIAMS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Civil No. 06-432 (RBW) |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S
AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia ("the District"),[1] by and through undersigned counsel, hereby amends its answers to the Complaint in the above-captioned matter pursuant to FRCP – Rule 15(a). The District asserts that anything not specifically admitted herein is denied, and answers the Complaint as follows:

**First Defense**

The Complaint fails to state a claim upon which relief may be granted.

**Second Defense**

The District states the following in response to the individually numbered paragraphs in the Complaint.

---

[1] Plaintiff has also named Sergeant Timothy Steffes and John Does 1-25 as Defendants in this action. Upon information and belief, Sergeant Steffes and John Does 1-25 have not been served and have not requested representation.

## COMPLAINT

The allegations asserted in the introductory paragraph of the Complaint are legal conclusions to which no response is required. The District acknowledges the statutes cited in paragraph one, but does not admit that jurisdiction necessarily is conferred therefrom.

## JURISDICTION AND VENUE

1. The allegations asserted in paragraph one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

2. The District acknowledges the existence of the statutory provision cited in paragraph two of the Complaint but denies that jurisdiction over the subject matter is conferred.

3. The allegations asserted in paragraph three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response. To the extent a response is required, the District is without sufficient information to admit or deny the factual allegations contained in paragraph three of the Complaint.

## PARTIES

4. The District is without sufficient information to admit or deny the factual allegations contained in paragraph four of the Complaint.

5. The District admits that the District of Columbia is a municipal corporation and that Sergeant Steffes is an employee of the District of Columbia and was so at the time of the events alleged in the Complaint. The District is without sufficient information or knowledge to admit or deny the remaining allegations contained in paragraph five of the Complaint.

6. The allegations asserted in paragraph six of the Complaint contain legal conclusions to which no response is required.

7. The District is without sufficient information or knowledge to admit or deny the remaining allegations contained in paragraph seven of the Complaint.

8. The allegations asserted in paragraph eight of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

9. The District is without sufficient information to admit or deny the factual allegations contained in paragraph nine of the Complaint.

10. The District is without sufficient information to admit or deny the factual allegations contained in paragraph ten of the Complaint.

11. The District denies the allegations contained in paragraph eleven of the Complaint and demands strict proof thereof at trial.

12. The District denies the allegations contained in paragraph twelve of the Complaint and demands strict proof thereof at trial.

13. The District admits that Plaintiff was arrested. The District denies the remaining allegations contained in paragraph thirteen of the Complaint.

14. The District is without sufficient information to admit or deny the factual allegations contained in paragraph fourteen of the Complaint.

15. The allegations asserted in paragraph fifteen of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

16. The allegations asserted in paragraph sixteen of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

17. The allegations asserted in paragraph seventeen of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

## COUNT I

18. The District incorporates by reference its response to paragraphs 1-17 of the Complaint.

19. The allegations asserted in paragraph nineteen of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

20. The District is without sufficient information to admit or deny the remaining allegations asserted in paragraph twenty of the Complaint and demands strict proof thereof at trial.

21. The allegations asserted in paragraph twenty-one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

22. The allegations asserted in paragraph twenty-two of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

23. The allegations asserted in paragraph twenty-three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

24. The allegations asserted in paragraph twenty-four of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

25. The allegations asserted in paragraph twenty-five of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

## COUNT II

26. The District incorporates by reference its response to paragraphs 1-25 of the Complaint.

27. The allegations asserted in paragraph twenty-seven of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

28. The allegations asserted in paragraph twenty-eight of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

29. The allegations asserted in paragraph twenty-nine of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

30. The allegations asserted in paragraph thirty of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

31. The allegations asserted in paragraph thirty-one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

## **COUNT III**

32. The District incorporates by reference it response to paragraphs 1-31 of the Complaint.

33. The allegations asserted in paragraph thirty-three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

34. The allegations asserted in paragraph thirty-four of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

35. The allegations asserted in paragraph thirty-five of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

36. The allegations asserted in paragraph thirty-six of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

37. The allegations asserted in paragraph thirty-seven of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

38. The allegations asserted in paragraph thirty-eight of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

39. The allegations asserted in paragraph thirty-nine of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

40. The allegations asserted in paragraph forty of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

41. The allegations asserted in paragraph forty-one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

42. The allegations asserted in paragraph forty-two of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

43. The allegations asserted in paragraph forty-three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

44. The allegations asserted in paragraph forty-four of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

45. The allegations asserted in paragraph forty-five of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

## **COUNT IV**

46. The District incorporates by reference its response to paragraphs 1-45 of the Complaint.

47. The allegations asserted in paragraph forty-seven of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

48. The allegations asserted in paragraph forty-eight of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

49. The allegations asserted in paragraph forty-nine of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

50. The allegations asserted in paragraph fifty of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

51. The allegations asserted in paragraph fifty-one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

52. The allegations asserted in paragraph fifty-two of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

53. The allegations asserted in paragraph fifty-three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

54. The allegations asserted in paragraph fifty-four of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

55. The allegations asserted in paragraph fifty-five of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

56. The allegations asserted in paragraph fifty-six of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

**COUNT V**

57. The District incorporates by reference its response to paragraphs 1-56 of the Complaint.

58. The allegations asserted in paragraph fifty-eight of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

59. The allegations asserted in paragraph fifty-nine of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

60. The allegations asserted in paragraph sixty of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

61. The allegations asserted in paragraph sixty-one of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

62. The allegations asserted in paragraph sixty-two of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

63. The allegations asserted in paragraph sixty-three of the Complaint are a statement of the pleader and represent the legal conclusions of the pleader, and as such do not require a response.

### Third Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, said injuries and/or damages resulted from Plaintiff's own willful conduct.

### Fourth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, recovery for said injuries and/or damages is barred, because the Plaintiff assumed the risk of such injuries by his own willful conduct.

### Fifth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, said injuries and/or damages resulted from Plaintiff's own contributory negligence.

### Sixth Defense

If the Plaintiff was injured and/or damaged as alleged in the Complaint, said injuries and/or damages resulted from the sole or concurring intentional conduct of a person or persons other than the District, its employees, agents, or servants acting within the scope of their employment.

### Seventh Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, said injuries and/or damages resulted from the sole or concurring negligence of a person or persons other than the District, its employees, agents, or servants acting within the scope of their employment.

### Eighth Defense

All actions performed by the District, its employees, servants, or agents acting within the scope of their employment, met or exceeded the applicable standard of care.

### Ninth Defense

Plaintiff might have failed to mitigate any damages that he may have incurred.

### Tenth Defense

Plaintiff might have failed to comply with the mandatory notice requirements of D.C. Code § 12-309 (2001 ed.).

### Eleventh Defense

Plaintiff's claim might be barred by the applicable statute of limitations.

### Thirteenth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, the District's conduct was performed in self-defense or to protect the safety others.

### Fourteenth Defense

All federal claims against the individual defendants are barred by the doctrine of qualified immunity.

### Fifteenth Defense

Defendant is immune from the claims in this suit. Liability is barred by the doctrines of sovereign immunity, governmental immunity, privilege, and/or official immunity. Plaintiff lacks capacity to bring this suit. The actions of defendant were discretionary decisions for which there can be no liability. Plaintiff's claims are barred by the public duty doctrine.

### *Set-off*

The District asserts a set-off for all funds and services provided to the Plaintiff through Medicare, Medicaid, public assistance or other sources.

### JURY DEMAND

Defendant hereby demands a trial by jury.

WHEREFORE, the District prays the Court dismiss the Complaint and award Defendant the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III




_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

11