AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alphonso Williams

**SUMMONS IN A CIVIL CASE**

V.

The Government of the District of Columbia,
Officer Timothy O. Steffes, and
John Does 1-25

CASE NUMBER 1:06CV00432

CASE 1  JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 03/09/2006

TO: (Name and address of Defendant)

Officer Timothy O. Steffes
c/o Metropolitan Police Department
Fifth District
1805 Bladensburg Road, N.E.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason H. Ehrenberg, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       MAR - 9 2006

CLERK                                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me* | 05-18-06 at 9:29 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ambiko Guice | Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: <u>1805 Bladensburg Road, NE, Washington, DC 20004.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>05-19-06</u>
Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

\*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge for All Purposes

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

05-19-2006

JASON H. EHRENBERG, ESQUIRE
BAILEY & EHRENBERG PLLC
1155 CONNECTICUT AVENUE, NW, SUITE 1100
WASHINGTON, DC 20036

Alphonso Williams vs. The Government of the District of Columbia, et al.

Case No. 1:06-CV-00432

Invoice No. 167472

Client Matter: WILLIAMS

Re: Officer Timothy O. Steffes c/o Metropolitan Police Department, Fifth District

| | |
|---|---:|
| SERVICE OF PROCESS/INCLUDING MULTIPLE ATTEMPTS:<br>  1805 Bladensburg Road, NE<br>  Washington, DC 20004 | $90.00 |
| LOCATION RESEARCH:<br>  848 South Ivy Street<br>  Arlington, Virginia 22204 | $250.00 |
| ATTEMPTED SERVICE OF PROCESS:<br>  848 South Ivy Street<br>  Arlington, Virginia 22204 | $70.00 |
| HOURS/WAITING TIME:<br>  1805 Bladensburg Road, NE<br>  Washington, DC 20004<br>  -2.0 hours at $75.00 per hour | $150.00 |
| MEET IN DC POLICE GENERAL COUNSEL OFFICE<br>  -1.5 hours at $75.00 per hour | $112.50 |
| COURIER SERVICE | $15.00 |
| BALANCE DUE UPON RECEIPT - | $687.50 |

Please write invoice no. 167472 on your check.

Case Comments-