UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALPHONSO WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-432 (RBW) |
| THE DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on August 1, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 1st day of August, 2006, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by August 4, 2006.

3. The plaintiff shall join any additional parties or amend the complaint by September 1, 2006.

4. All written discovery, including requests for admissions, shall be served by September 3, 2006.

5. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by October 13, 2006, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by November 10, 2006.

6. Discovery shall be concluded by December 15, 2006.

7. This matter shall be referred to a Magistrate Judge for a period of sixty days, commencing on December 18, 2006 and concluding on February 19, 2007.

8. Any dispositive motions shall be filed by March 19, 2007, any oppositions shall

      be filed by April 20, 2007, and any reply thereto shall be filed by May 4, 2007.

9.     A pretrial conference shall be held on August 17, 2007 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                            REGGIE B. WALTON
                                      United States District Judge