UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, ET., AL., : <br> : <br> Defendants. : <br> : | Civil Action No.: 06-432 (RBW) <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' CONSENT MOTION FOR A PROTECTIVE ORDER**

Now come the Defendants District of Columbia and Sergeant Timothy Steffes ("Defendants"), by and through undersigned counsel for the District, Nicola N. Grey, and counsel for Sergeant Steffes, Rena Scheinkman, with the consent of Plaintiff, move this Honorable Court to enter a protective order restricting the use of certain information released throughout the discovery process in this litigation. As grounds therefor, the District states:

1. The Plaintiff has requested certain confidential information and documents throughout discovery which are contained in the personnel files of District of Columbia employees. These documents are protected under D.C. Code §1-632.1 et seq. (1981 ed.) and applicable regulations and privacy rights.

2. Any confidential information or documents obtained through discovery should be used only as necessary to represent the parties' interests in this litigation and for no other purpose unless so ordered by this Court or agreed to among counsel in writing.

3. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may order that discovery be provided "on such terms and conditions as are just."

4. As such, the Defendants move this Court to enter a protective order restricting the use of any information obtained in this litigation, which pertains to employees of the District. The District requests that the plaintiff and his counsel be ordered to limit their use of this information to this litigation, and prohibit the release of this information to any outside person or entity not involved in this litigation.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, are attached hereto. Plaintiff's counsel has consented to the relief requested in this Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALPHONSO WILLIAMS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No.: 06-432N (RBW) |
| **DISTRICT OF COLUMBIA, ET., AL.,** : | |
| : | **JURY TRIAL DEMANDED** |
| Defendants. : | |
| : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR A PROTECTIVE ORDER

Now come the Defendants the District of Columbia and Sergeant Timothy Steffes ("Defendants"), by and through undersigned counsel for the District, Nicola N. Grey, and counsel for Sergeant Steffes, Rena Scheinkman, with the consent of Plaintiff, the Defendants move this Honorable Court to enter a protective order restricting the use of certain information released throughout the discovery process in this litigation.  Authority for this Motion is as follows:

1. Fed. R. Civ. P. 26(c).

2. The Court's equitable powers.

3. The facts set forth in the foregoing Motion.

4. The record herein.

                                         Respectfully submitted,

                                         ROBERT J. SPAGNOLETTI
                                         Attorney General for the District of Columbia

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General, Civil Litigation Division

        /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

        /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALPHONSO WILLIAMS,**      :
                           :
    **Plaintiff,**       :
                           :
v.                         :
                           :   Civil Action No.: 06-432N (RBW)
**DISTRICT OF COLUMBIA, ET., AL.,**  :
                           :   **JURY TRIAL DEMANDED**
    **Defendants.**      :
                           :

**ORDER**

Upon consideration of the Defendants' Consent Motion for a Protective Order, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006,

**ORDERED**, that all information derived from the personnel files, disciplinary files, complaint investigative files, reports and dispositions, produced for inspection in this matter shall be used only for this litigation, and shall be destroyed (including all copies) by counsel for the Plaintiff within ten (10) days of the conclusion of all proceedings (including any appeals) or within five days (5) after any settlement of this case; and it is

**FURTHER ORDERED** that no party shall make any disclosure to anyone of the protected documents, or information released, pursuant to this Order, except for the sole purpose of this litigation, and any recipients of the said documents, or information, shall be required to sign in the space provided in this Order which affirms that they have read, understood, and agree to the terms of this Order, and it is,

**FURTHER ORDERED,** that any violation of this Order will subject the violators(s) to contempt proceedings before this Court, and it is,

**FURTHER ORDERED**, that any information derived from any document subject to the Order herein, which is later included in any pleadings, motions, or other court papers shall be filed under seal, and it is,

**FURTHER ORDERED** that this Order has retroactive application to any documents produced by the parties in this matter prior to this Order being lodged with this Court, and it is,

**FURTHER ORDERED,** that this Order shall survive the termination of this action and shall continue in full force and effect unless waived by written consent of the parties.

**SO ORDERED on** this _____ day of _____, 2006.

_____
HONORABLE REGGIE B. WALTON
United States District Court
for the District of Columbia

**Cc:**

Nicola N. Grey
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

Rena Scheinkman, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

James C. Bailey
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

Michael O'Keefe
P.O. Box 42065
Washington, D.C. 20015