UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-432(RBW) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO ENLARGE DISCOVERY DEADLINES**

Plaintiff Alphonso Williams ("Plaintiff") and Defendants District of Columbia and Timothy Steffes ("Defendants") (collectively referred to hereinafter as the "Parties") hereby move the Court for an extension of certain discovery deadlines. The proposed deadlines below does not impact the dispositive motion or pretrial conference dates. This request is being made as soon as counsel learned of their need to enlarge discovery and is made well before the expiration of the discovery deadline.

Pursuant to the Court's August 1, 2006, Scheduling Order, the discovery deadline is currently set for December 15, 2006, with the plaintiff's expert report due on October 13, 2006, and defense expert report due on November 10, 2006; the dispositive motions deadline is set for March 19, 2007, with oppositions and replies to follow on April 20, 2007, and May 4, 2007, respectively.

This request is being made because, although the Parties have been diligently pursuing discovery, they will be unable to complete all discovery, including expert discovery, before December 15, 2006. The Parties have exchanged written discovery and are finalizing the exchange of documents. The Parties have discussed scheduling depositions and are working together to find mutually available dates. Lead counsel for Defendant District of Columbia was

recently assigned to a complex employment action, *Wright v. District of Columbia, et. al.*, that was scheduled to commence on October 17, 2006. On October 4, 2006, Superior Court Judge Joan Zeldon stayed the trial. Judge Zeldon has advised that the trial will be rescheduled before the end of this year. Lead counsel for Defendant Steffes is currently scheduled to commence a two-week trial on December 4, 2006. Accordingly, the Parties stipulate to the following proposed extension of the case schedule:

| **PROPOSED DISCOVERY SCHEDULE** | **PROPOSED DATE** |
|---|---|
| • **Plaintiff's expert disclosure:** | November 10, 2006 |
| • **Defendants' expert disclosure:** | December 8, 2006 |
| • **Discovery deadline, including expert discovery:** | January 15 , 2006 |

WHEREFORE, for the reasons stated herein, defendants request an extension of time to complete discovery.

Dated: October 10, 2006

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

      /s/
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

      /s/
    NICOLA N. GREY [492150]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626; (202) 727-6295
    (202) 727-3625 (fax)
    E-mail: nicola.grey@dc.gov

   /s/
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division

   /s/
RENA SCHEINKMAN [488861]
Special Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail:  rena.scheinkman@dc.gov

   /s/
JAMES C. BAILEY, [[462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES
JOINT MOTION TO ENLARGE DISCOVERY DEADLINES**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the parties' first motion to enlarge discovery deadlines.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_/s/_
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_/s/_
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

        /s/
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division

        /s/
RENA SCHEINKMAN [488861]
Special Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail:  rena.scheinkman@dc.gov

        /s/
JAMES C. BAILEY [462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-432(RBW)<br><br>JURY TRIAL DEMANDED |

## ORDER

Upon consideration of the parties Joint Motion to Enlarge Discovery Deadlines, it is hereby **ORDERED**;

The Joint Motion to Enlarge Discovery Deadlines is **GRANTED**; and it is

**FURTHER ORDERED**; that discovery shall be completed according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| • **Plaintiff's expert disclosure:** | **November 10, 2006** |
| • **Defendants' expert disclosure:** | **December 8, 2006** |
| • **Discovery deadline, including expert discovery:** | **January 15 , 2006** |

**SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE REGGIE B. WALTON
United States District Court
for the District of Columbia

**cc:**

Nicola N. Grey
Assistant Attorney General
441 4th St., N.W., Sixth Floor South,
Washington, D.C. 20001

Rena Scheinkman
Assistant Attorney General
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

James C. Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

Michael O'Keefe, Esq.
P.O. Box 42065
Washington, D.C. 20015