UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALPHONSO WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-432 (RBW) |
| THE DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**AMENDED SCHEDULING ORDER**

On October 10, 2006, the parties filed a joint motion to enlarge discovery deadlines.

Based upon the parties' joint motion, it is on this 13th day of October, 2006, hereby **ORDERED** that

1. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by November 10, 2006, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by December 8, 2006.

2. Discovery shall be concluded by January 15, 2007.

3. This matter shall be referred to a Magistrate Judge for a period of sixty days, commencing on January 18, 2007 and concluding on March 19, 2007.

4. Any dispositive motions shall be filed by April 18, 2007, any oppositions shall be filed by May 18, 2007, and any reply thereto shall be filed by June 1, 2007.

5. A pretrial conference shall be held on September 12, 2007 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge