**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SECOND JOINT MOTION TO ENLARGE DISCOVERY DEADLINES

Plaintiff Alphonso Williams ("Plaintiff") and Defendants District of Columbia and

Timothy Steffes ("Defendants") (collectively referred to hereinafter as the "Parties") hereby

move the Court for an extension of certain discovery deadlines. The proposed deadlines below

do not impact on the pretrial conference dates. This request is being made as soon as counsel

learned of their need and is made well before the expiration of the discovery deadline.

Pursuant to the Court's August 1, 2006 Scheduling Order, the discovery deadline is

currently set for January 15, 2007, with the defendant's expert report due on December 8, 2006;

the dispositive motions deadline is set for March 19, 2007, with oppositions and replies to follow

on April 20, 2007 and May 4, 2007, respectively.

This request is being made due to the press of other matters and the holiday season.

Although the Parties have been diligently pursuing discovery, they will be unable to complete all

discovery, including expert discovery, before March 15, 2006. The Parties have exchanged

written discovery. The Parties have taken a number of depositions and are in continued

discussions regarding scheduling the remaining ten or eleven fact witness depositions and are

working together to find mutually available dates. Counsel for Defendant District of Columbia

was preparing for trial in a complex employment action, *Wright v. District of Columbia, et. al.,*

that was scheduled to commence on December 4, 2006, before Superior Court Judge Joan

Zeldon. *Wright* settled on December 5, 2006. Counsel for Defendant District of Columbia is

presently in trial before the Honorable Geoffrey M. Alprin, in *Chambers v. District of Columbia,*

*et. al.*, Counsel for the District also has sixteen depositions scheduled from December 14 to

January 11, 2007. David Jackson, Counsel for Defendant Sergeant Steffes will be on vacation

from December 18, to 26, 2006. Accordingly, the Parties stipulate to the following proposed

extension of the case schedule:

| PROPOSED DISCOVERY SCHEDULE: | PROPOSED DATE |
|---|---|
| • **Defendants' expert disclosure:** | **January  8, 2007** |
| • **Discovery deadline, including expert discovery:** | **March 15 , 2007** |
| • **ADR** | **March 18, 2007 to May 19, 2007** |
| • **Dispositive Motions** | **June 19, 2007** |
| • **Oppositions** | **July 19, 2007** |
| • **Replies** | **August 3, 2007** |

WHEREFORE, for the reasons stated herein, the Parties request an extension of time to

file dispositive motions.

Dated:  December 8, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

        /s/

NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov


        /s/

NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division


        /s/

DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail:  david.jackson@dc.gov



        /s/

JAMES C. BAILEY, [462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES**
**JOINT MOTION TO ENLARGE DISCOVERY DEADLINES**

1.    Fed. R. Civ. P. 6(b)(1).

2.    The inherent powers of this Court.

3.    The reasons stated in the parties' first motion to enlarge discovery deadlines.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

_____/s/_____
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division

_____/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail:  davida.jackson@dc.gov


_____/s/_____
JAMES C. BAILEY [462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the parties Joint Motion to Enlarge Discovery Deadlines, it is

hereby **ORDERED**;

The Joint Motion to Enlarge Discovery Deadlines is **GRANTED**; and it is

**FURTHER ORDERED**; that discovery shall be completed according to the schedule

below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| • **Defendants' expert disclosure:** | **January  8, 2007** |
| • **Discovery deadline, including expert discovery:** | **March 15 , 2007** |
| • **ADR** | **March 18, 2007 to May 19, 2007** |
| • **Dispositive Motions** | **June 19, 2007** |
| • **Oppositions** | **July 19, 2007** |
| • **Replies** | **August 3, 2007** |

**SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE REGGIE B. WALTON
United States District Court
for the District of Columbia

**cc:**

Nicola N. Grey, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001


David Jackson
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

James C. Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

Michael O'Keefe, Esq.
P.O. Box 42065
Washington, D.C. 20015