UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-432  (RBW) |
| THE DISTRICT OF COLUMBIA, et al., | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

On December 8, 2006, the parties filed a joint motion to enlarge discovery deadlines.

Based upon the parties' joint motion, it is on this 11th day of December, 2006, hereby

**ORDERED** that

1. The plaintiff served his expert report pursuant to Rule 26(a)(2) on November 10, 2006. The defendants shall serve their expert reports pursuant to Rule 26(a)(2) by January 8, 2007.

2. Discovery shall be concluded by March 15, 2007.

3. This matter shall be referred to a Magistrate Judge for a period of sixty days, commencing on March 19, 2007 and concluding on May 18, 2007.

4. Any dispositive motions shall be filed by June 19, 2007, any oppositions shall be filed by July 19, 2007, and any reply thereto shall be filed by August 3, 2007.

5. A pretrial conference shall be held on November 5, 2007 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge