UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 06-432 (RBW) |
| DISTRICT OF COLUMBIA, *et al.*, | * | |
| Defendants. | * | |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE enter the appearance of Assistant Attorney General David A. Jackson as counsel for Defendant Sergeant Timothy O. Steffes and withdraw the appearance of Rena Scheinkman, Special Assistant Attorney General, as counsel for Defendant Sergeant Timothy O. Steffes.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/\
DAVID A. JACKSON\
Assistant Attorney General\
Bar Number 471535\
Office of the Attorney General\
441 Fourth Street, NW, 6 South\
Washington, D.C. 20001\
Direct Line: (202) 724-6618\
Facsimile: (202) 727-3625\
E-mail: davida.jackson@dc.gov


/s/RENA SCHEINKMAN/S/\
RENA SCHEINKMAN\
Special Assistant Attorney General\
Bar Number 488861\
Office of the Attorney General\
441 Fourth Street, NW, 6 South\
Washington, D.C. 20001