# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY DEADLINES

Plaintiff Alphonso Williams ("Plaintiff") and Defendants District of Columbia and Timothy Steffes ("Defendants") (collectively referred to hereinafter as the "Parties") hereby move the Court for an extension of certain discovery deadlines pursuant to Fed. R. Civ. P. 6(b)(1). The proposed deadlines below do not impact on the pretrial conference dates. This request is being made as soon as counsel learned of their need and is made well before the expiration of the discovery deadline.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Dated: February 13, 2006

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
_____

NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov


/s/
_____

NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division


/s/
_____

DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail: david.jackson@dc.gov


/s/
_____

JAMES C. BAILEY, [462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES'**
**JOINT MOTION TO ENLARGE DISCOVERY DEADLINES**

Plaintiff Alphonso Williams ("Plaintiff") and Defendants District of Columbia and

Timothy Steffes ("Defendants") (collectively referred to hereinafter as the "Parties") hereby

move the Court for an extension of certain discovery deadlines pursuant to Fed. R. Civ. P.

6(b)(1).  In support of this motion, the Defendant states as follows:

1.    Pursuant to the Court's December 11, 2007, Scheduling Order, the discovery

deadline is currently set for March 15, 2007, with the dispositive motions deadline set for June

19, 2007, and  with oppositions and replies to follow on July 19, 2007, and August 3, 2007,

respectively.

2.    This request is being made due to the press of other matters and despite diligent

efforts, the parties will not be unable to complete all discovery, including expert discovery,

before March 15, 2006. The Parties have taken a number of depositions, have a number of

depositions scheduled, and are in continued discussions regarding scheduling the remaining fact

witness' depositions.  The Parties also continue to work together to find mutually available dates.

3.    The extension of time is necessary due to the fact that shortly after the December

13, 2006, conclusion of undersigned counsel's trial in *Chambers v. DC*, undersigned counsel

became actively engaged in the deposition stage of discovery in this case as well as five other

cases, *Jones v. DC; Harrison v. Freightliner; Owens v. DC; Quander-Clemons v. DC; and Kamanda v. DC*. Undersigned counsel scheduled and prepared for twenty-eight depositions from December 18, 2006, to January 29, 2007. Of the twenty-eight depositions, five were cancelled.

4. Additionally, undersigned counsel has eight depositions scheduled with Plaintiff's counsel in this case and has fifteen depositions scheduled in other matters from February 13, to March 29, 2007.

5. The additional time is also necessary due to the fact that opposing counsel will be commencing trial the week of March 5, 2007, in *Kroger v. Legalbill.com* pending before this District Court (Judge Ellen Segal Huvelle) as well as the entire week of March 26, 2007 in a contested adoption case before Magistrate Judge Tara Fentress of the D.C. Superior Court, as well as numerous depositions, many against the undersigned opposing counsel in another matter. This is the party's second request for an extension of discovery. Accordingly, the Parties stipulate to the following proposed extension of the case schedule:

| 6. | **PROPOSED DISCOVERY SCHEDULE**: | **PROPOSED DATE** |
|---|---|---|
| • | **Discovery deadline, including expert discovery:** | **May 14, 2007** |
| • | **ADR** | **May 21, 2007 to July 23, 2007** |
| • | **Dispositive Motions** | **August 23, 2007** |
| • | **Oppositions** | **September 24, 2007** |
| • | **Replies** | **October 9, 2007** |

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court a 60 day extension of certain discovery deadlines.

Respectfully submitted,

LINDA SINGER

Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

_____/s/_____
NICOLE L. LYNCH [471953]
Chief, Section II
General Litigation Division

_____/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6615
(202) 727-3625 (fax)
E-mail:  davida.jackson@dc.gov

_____/s/_____
JAMES C. BAILEY [462391]
Jason H. Ehrenberg, Esq.
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-432(RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Enlarge Discovery Deadlines, it is

hereby **ORDERED**;

The Joint Motion to Enlarge Discovery Deadlines is **GRANTED**; and it is

**FURTHER ORDERED**; that discovery shall be completed according to the schedule

below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| • **Discovery deadline, including expert discovery:** | **May 14, 2007** |
| • **ADR** | **May 21, 2007 to July 23, 2007** |
| • **Dispositive Motions** | **August 23, 2007** |
| • **Oppositions** | **September 24, 2007** |
| • **Replies** | **October 9, 2007** |

**SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON
United States District Judge

**cc:**

Nicola N. Grey, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

David Jackson
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

James C. Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

Michael O'Keefe, Esq.
P.O. Box 42065
Washington, D.C. 20015