UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-432 (RBW) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**DISCOVERY ORDER**

The parties presented arguments to the Court during a telephone conference on February 22, 2007, in conjunction with the plaintiff's concerns regarding discovery, including but not limited to, the scheduling of depositions and the production of evidence relating to personal websites of defendant Steffes.[1]  In accordance with the Court's oral rulings issued during the conference call, it is on this 23rd day of February, 2007, hereby

**ORDERED** that any evidence that exists, including but not limited to, any websites of defendant Steffes shall be preserved so that the appropriate motions in limine can be filed as to whether such evidence is relevant to this litigation. It is further

**ORDERED** that counsel for defendant Steffes shall make an assessment and advise opposing counsel of the circumstances that resulted in the removal of one of defendant Steffes' websites and whether it has been preserved in some form.

---

[1] Specifically, counsel for the plaintiff raised concerns as to defendant Steffes' alleged removal of a personal website that included photographs of him clutching a gun.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge