IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALPHONSO WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 06-432N (RBW) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| THE GOVERNMENT OF THE ) | |
| DISTRICT OF COLUMBIA, ET AL. ) | |
| ) | |

**PRAECIPE**

TO THE CLERK AND PARTIES OF RECORD:

Plaintiff, with the consent of Defendant, and at the suggestion of Magistrate Judge Robinson, hereby files this Praecipe stating that, during mediation with Magistrate Judge Robinson, the parties have reached an agreement settling this matter in its entirety. The parties will file a stipulation dismissing the matter as soon as final details of the agreement are reached.

May 2, 2007                                  Respectfully submitted,


/s/
_____
James C. Bailey (# 462391)
Jason H. Ehrenberg (# 469077)
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
T: (202) 787-3869
F: (202) 318-7071
jcb@becounsel.com
jhe@becounsel.com

and

Michael O'Keefe, Esq. (#443696)

1

2

P.O. Box 42065
Washington, D.C. 20015
Tel:  (202) 363-9092
okeef@aol.com