UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALPHONSO WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No.  06-432 (RBW) |
| | * | |
| DISTRICT OF COLUMBIA, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please show that all claims against Defendant Timothy Steffes in the above-captioned matter are dismissed with prejudice and without any admission of liability.

                                                        Respectfully submitted,

                                                        LINDA SINGER
                                                        Attorney General

                                                        George C. Valentine
                                                        Deputy Attorney General
                                                        Civil Litigation Division

                                                        NICOLE L. LYNCH
                                                         Chief Civil Litigation Division Section II

Counsel for Plaintiff

| | |
|---|---|
| _____ | /s/David A. Jackson/s/ _____ |
| James C. Bailey, Esquire [462391 | David A. Jackson [471535] |
| Jason H. Ehrenberg, Esquire [469077] | Assistant Attorney General |
| BAILEY & EHRENBERG, PLLC | Office of the Attorney General |
| Suite 1100 | 441 4th Street, NW, 6th South |
| Washington, DC 20036 | Washington, D. C. 20001 |
| (202) 787-3869 | (202) 724-6618 |
| | For Defendant Timothy Steffes |

                                                       PHILLIP A. LATTIMORE, III [422968]

Chief, General Litigation Sec. III

/s/Nicole N. Grey/s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov
For Defendant District of Columbia